No. 661. DIRECTOR GENERAL OF RAILROADS *v.* MABEL BENNETT, ADMINISTRATRIX, ETC. January 17, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William Clarke Mason* for petitioner. *Mr. Frank F. Davis* for respondent.

No. 662. DIRECTOR GENERAL OF RAILROADS *v.* MINNIE TEMPLIN, ADMINISTRATRIX, ETC. January 17, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William Clarke Mason* for petitioner. *Mr. Frank F. Davis* for respondent.

No. 667. WALKER D. HINES, AS AGENT, ETC. *v.* HARVEY K. KEYSER. January 17, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William Clarke Mason* for petitioner. *Mr. Frank F. Davis* for respondent.

No. 676. GEORGE FRANCIS ROWE *v.* JOHN M. BOYLE, AS UNITED STATES MARSHAL, ETC. January 17, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Abner H. Ferguson* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. Roy C. McHenry* for respondent.